

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
Honorable David Wellington Chew, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, Pablo Soliz, because he is indigent.

SIGNED July 22, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment